# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 31, 2018

### NO. 03-18-00248-CR

**Carlos Whitcomb, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 331ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE BOURLAND

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgments requiring reversal. However, there was error in the judgments that requires correction. Therefore, the Court modifies the trial court's judgments of conviction to reflect that the "Statute for Offense" is "19.02(b)(1), (c) Penal Code." The judgments, as modified, are affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.